# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOY MCSHAN EDWARDS,

    Defendant.

Case No. 2:17-cr-170
CHIEF JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

The Court sentenced Defendant Joy McShan Edwards on May 24, 2018. During that hearing, Defendant moved to continue her release on bond pending the appeal in this matter.

Before releasing a defendant pending appeal, the district court must make two findings. It must find (1) by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released and (2) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. 18 U.S.C. § 3143(b); *United States v. Chilingirian*, 280 F.3d 704, 709 (6th Cir. 2002).

For the reasons stated on the record during the May 24 sentencing hearing, the Court concludes that (1) Defendant is not a flight risk and does not pose a danger to any other person or the community and (2) Defendant's appeal is not for the purpose of delay and raises a substantial question of law. According, the Court **GRANTS** Defendant's motion, and Defendant may

continue her release on bond pending the appeal in this matter. The conditions of Defendant's release shall remain unchanged.

**IT IS SO ORDERED.**

5-15-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**